United States District Court
Southern District Of Texas
FILED

MAR 30 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-20-0821-M |
| JOSE LUIS GARCIA | | |

## MOTION TO UNSEAL CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government moves that the Criminal Complaint be Unsealed.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*[signature]*
Assistant United States Attorney